UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. H-06-cv-0910 |
| § | |
| CONROE EXPRESS CONCRETE, L.L.C. § and K. HOVNANIAN OF HOUSTON, § L.P. d/b/a PARKSIDE HOMES, § § | |
| Defendants. § | |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's Motion for Leave to File First Amended/Supplemental Complaint for Declaratory Judgment (Doc. No. 70). Because no opposition has been filed, Plaintiff's motion is **GRANTED**.

IT IS SO ORDERED.

SIGNED this 31st day of January, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT